**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CAMBRIDGE INVESTMENT RESEARCH ADVISORS, INC.,<br><br>Defendant, and<br><br>CAMBRIDGE INVESTMENT RESEARCH, INC.,<br><br>Relief Defendant. | Case No.: 22-cv-71 |

**JOINT STATUS REPORT**

As ordered by the Court at the April 17, 2024, status conference (Dkt. 175), Plaintiff United States Securities and Exchange Commission and Defendants Cambridge Investment Research Advisors, Inc. and Cambridge Investment Research, Inc. (the "Parties") hereby jointly file this status report to update the Court as to sealing matters discussed during the conference:

1. Since the Parties' filing of sealed summary judgment and expert-related motions, the Parties have been working with various third parties that, during the course of discovery, requested certain materials to be designated "Protected Material – To Be Filed Under Seal" pursuant to paragraph 7 of the Protective Order entered in this case. (Dkt. 50, ¶ 7.) These third parties include three different clearing firms and seven different mutual fund companies.

2. The Parties are still awaiting input from third parties on numerous filings, including filings related to the Parties' initial summary judgment and expert-related motions

(filed on March 8, 2024). Once the Parties obtain the necessary input from third parties, they may need to confer with the third parties about the appropriateness of certain redactions.

3. Additionally, Defendants are in the process of evaluating the need for, and extent of, redactions, and expect to provide the SEC with proposed redactions by Friday, April 26, 2024. Consistent with the process that's been followed with the third parties, the Parties may need to meet and confer about such proposed redactions.

4. The Parties have met and conferred and agree that the following docket entries regarding Defendants' Motion to Reopen Deposition of Marti P. Murray (Dkt. 125) may be unsealed, and the Parties request that the Court order them unsealed[1]:

a. **Dkt. 125**: Defendants' Motion to Reopen Deposition of Marti P. Murray;

b. **Dkt. 125-1**: Declaration of Jeffrey J. Kalinowski;

c. **Dkt. 125-2**: Defendants' Memorandum in Support of Motion to Reopen Deposition of Marti P. Murray;

d. **Dkt. 125-4**: Exhibit B to Defendants' Memorandum in Support of Motion to Reopen Deposition of Marti P. Murray (Murray Deposition transcript);

e. **Dkt. 125-5**: Exhibit C to Defendants' Memorandum in Support of Motion to Reopen Deposition of Marti P. Murray (Video Clip Listings);

f. **Dkt. 143**: SEC's Response in Opposition to Defendants' Motion to Reopen Deposition of Marti P. Murray;

g. **Dkt. 143-1**: Exhibit 1 to SEC's Response in Opposition to Defendants' Motion to Reopen Deposition of Marti P. Murray (emails between counsel);

h. **Dkt. 143-3**: Exhibit 3 to SEC's Response in Opposition to Defendants' Motion to Reopen Deposition of Marti P. Murray (Declaration of Jonathan S. Polish);

i. **Dkt. 143-4**: Exhibit 4 to SEC's Response in Opposition to Defendants' Motion to Reopen Deposition of Marti P. Murray (West Marine Opposition);

---

[1] The Parties will file a separate motion requesting the documents be unsealed if required by the Court.

j. **Dkt. 154**: Defendants' Reply in Support of its Motion to Reopen Deposition of Marti P. Murray; and

k. **Dkt. 154-1**: Deposition of Jeffrey J. Kalinowski

5. The parties request that the following docket entries regarding Defendants' Motion to Reopen Deposition of Marti P. Murray (Dkt. 125) remain sealed at this time as certain third parties have requested that the Parties redact certain portions of this filing and other third parties have advised that they are still in the process of determining the need for, and extent of, redactions. The SEC is also reviewing proposed redactions recently obtained by Defendants:

a. **Dkt. 125-3**: Exhibit A to Defendant's Memorandum in Support of Motion to Reopen Deposition of Marti P. Murray (Marti Murray's Expert Report)

6. The Parties are also continuing to meet and confer about additional docket entries regarding the Parties' various summary judgment and Daubert motions that the Parties believe may be unsealed in full, and plan to provide the Court with a further status report as to these filings by Thursday, April 25, 2024, unless the Court requires an earlier status report.

7. The Parties also do not anticipate being able to meet the current deadline of April 26, 2024, for refiling redacted versions of all remaining sealed documents on the public docket. As referenced above, the Parties are coordinating with ten different third parties on the various filings, some of which are voluminous, and these third parties are still in the process of determining the need for, and extent of, redactions on numerous filings, including filings related to the Parties' initial summary judgment and expert-related filings. Once the Parties obtain all necessary input from third parties, they still need to possibly confer with the third parties about the appropriateness of certain redactions. And Defendants are still in the process of evaluating potential redactions, which may require further discussions between the Parties. Finally, the

Parties need to ensure all various redactions are correctly applied to the filings (including duplicative filings).

8. The Parties anticipate being able to refile redacted versions of all remaining sealed documents on the public docket by May 8, 2024. The Parties will file a separate motion requesting an extension as to this deadline if required by the Court.

Date: April 22, 2024

Respectfully submitted:

/s/ Timothy J. Stockwell
TIMOTHY J. STOCKWELL
JONATHAN S. POLISH
DAVID F. BENSON
JEFFREY A. SHANK
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Telephone: (312) 596-6049
Facsimile: (312) 353-7398
Email: stockwellt@sec.gov

*Attorneys for Plaintiff United States Securities and Exchange Commission*

By: /s/ Mark E. Weinhardt
Mark E. Weinhardt AT0008280
Elisabeth A. Tursi AT0012638
THE WEINHARDT LAW FIRM
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515)244-2100
Email: mweinhardt@weinhardtlaw.com
etursi@weinhardtlaw.com

/s/ Jeff Kalinowski
Jeff Kalinowski, MO #29926
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 North Broadway, Ste. 3600
St. Louis, MO 63102
Telephone: (314) 259-2949
Email: jeff.kalinowski@bclplaw.com
*Admitted Pro Hac Vice*

/s/ Laura Perlov
Laura Perlov, CO #43794
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln St., Suite 4100
Denver, CO 80203
Telephone: (303) 866-0421
Email: laura.perlov@bclplaw.com
*Admitted Pro Hac Vice*

/s/ David Miller
David Miller, CO #51861
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln St., Suite 4100
Denver, CO 80203
Telephone: (303) 866-0224
Email: david.miller@bclplaw.com
*Admitted Pro Hac Vice*

/s/ Joshua M. Watts
Joshua M. Watts, MO #72539
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 North Broadway, Ste. 3600
St. Louis, MO 63102
Telephone: (314) 259-2087
Email: josh.watts@bclplaw.com
*Admitted Pro Hac Vice*

*ATTORNEYS FOR DEFENDANT AND RELIEF DEFENDANT*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2024 a true and correct copy of the foregoing was served upon counsel of record through the Court's electronic service system.

/s/ Timothy J. Stockwell
Timothy J. Stockwell