# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | No. 4:22-cv-00071-SMR-SBJ |
| vs. | |
| CAMBRIDGE INVESTMENT RESEARCH ADVISORS, INC., | **JOINT MOTION FOR STATUS CONFERENCE** |
| Defendant, and | |
| CAMBRIDGE INVESTMENT RESEARCH, INC. | |
| Relief Defendant. | |

Plaintiff United States Securities and Exchange Commission, Defendant Cambridge Investment Research Advisors, Inc., and Relief Defendant Cambridge Investment Research, Inc. (collectively, the "Parties") hereby jointly request that the Court set a status conference to determine the feasibility of the trial date as currently scheduled for September 9, 2024. In support of their motion, the Parties state as follows:

1. As this Court is aware, this is a substantial and relatively complex case. In addition to numerous *Daubert* motions, the Parties have each recently filed dispositive motions. The Parties' cross motions for summary judgment have been vigorously resisted and thoroughly briefed. The Parties' summary judgment papers in this case consume 897 pages. This page count includes summary judgment motions, resistances, replies, memoranda in support, and factual statements. Moreover, the Parties have filed a combined 7,578 appendix pages in support of their cross motions for summary judgment.

2. Although the Parties have worked tirelessly to prepare this case for trial, they believe there is reason to question whether this case will truly be trial ready on September 9, 2024.

3. In particular, the Parties recognize that the current trial date may not give the Court sufficient time to consider and rule on the pending summary judgment motions sufficiently in advance of trial, given that these motions and supporting documents total more than 8,000 pages.

4. Indeed, during a telephonic status conference on April 17, 2024, Judge Jackson indicated to the Parties he had doubts about whether this case could be trial-ready by September 2024 given the volume of summary judgment papers filed.

5. The Parties' lead counsel – and many anticipated trial witnesses – all reside out of state and will be traveling to Iowa for the trial in this matter.  Given that this case is currently set for a 10-day trial, the Parties will need to make a variety of logistical and travel accommodations for the duration of trial.  If at all possible, the Parties would prefer to make these accommodations once the trial date is certain.

6. Accordingly, the Parties request this Court confer with the Parties about the practicality of a September 9, 2024, trial date given the voluminous summary judgment motions now pending with the Court.

WHEREFORE, the Parties jointly pray this Court for an order setting a status conference in this case to determine the feasibility of the present trial date.

Dated: June 4, 2024                     Respectfully submitted,

                                        /s/ Timothy J. Stockwell
                                        TIMOTHY J. STOCKWELL
                                        JONATHAN S. POLISH

DAVID F. BENSON
JEFFREY A. SHANK
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Telephone: (312) 596-6049
Facsimile: (312) 353-7398
Email: stockwellt@sec.gov

**ATTORNEYS FOR PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

By:/s/ Mark E. Weinhardt
Mark E. Weinhardt AT0008280
Elisabeth A. Tursi AT0012638
THE WEINHARDT LAW FIRM
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
Email: mweinhardt@weinhardtlaw.com
etursi@weinhardtlaw.com

/s/ Jeff Kalinowski
Jeff Kalinowski, MO #29926
NORTON ROSE FULBRIGHT US LLP
7676 Forsyth Blvd. Suite 2230
St. Louis, Missouri 63105
Telephone: (314) 505-8800
Email: jeff.kalinowski@nortonrosefulbright.com
*Admitted Pro Hac Vice*

/s/  Laura Perlov
Laura Perlov, CO #43794
NORTON ROSE FULBRIGHT US LLP
1225 Seventeenth Street Suite 3050
Denver, Colorado 80202
Telephone: (303) 801-2700
Email: laura.perlov@nortonrosefulbright.com
*Admitted Pro Hac Vice*

/s/ David Miller
David Miller, CO #51861
NORTON ROSE FULBRIGHT US LLP
1225 Seventeenth Street Suite 3050
Denver, Colorado 80202

Telephone: (303) 801-2700
Email: david.miller@nortonrosefulbright.com
*Admitted Pro Hac Vice*

/s/ Joshua M. Watts
Joshua M. Watts, MO #72539
NORTON ROSE FULBRIGHT US LLP
7676 Forsyth Blvd. Suite 2230
St. Louis, Missouri 63105
Telephone: (314) 505-8800
Email: josh.watts@nortonrosefulbright.com
*Admitted Pro Hac Vice*

**ATTORNEYS FOR DEFENDANT CAMBRIDGE INVESTMENT RESEARCH ADVISORS, INC. AND RELIEF DEFENDANT CAMBRIDGE INVESTMENT RESEARCH, INC.**