# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>CAMBRIDGE INVESTMENT RESEARCH ADVISORS, INC.,<br><br>  Defendant, and<br><br>CAMBRIDGE INVESTMENT RESEARCH, INC.,<br><br>  Relief Defendant. | Case No.: 22-cv-71 |

## JOINT STATUS REPORT

As ordered by the Court at the January 7, 2025, status conference (Dkt. 243), Plaintiff United States Securities and Exchange Commission and Defendants Cambridge Investment Research Advisors, Inc. and Cambridge Investment Research, Inc. (the "Parties") hereby jointly file this status report to update the Court as to the finalization of the settlement of this case:

1. The Parties are still negotiating the language of the consent and proposed final judgment as part of the proposed settlement. The Parties are substantially in agreement on the language and are finalizing remaining details.

2. The SEC is still in the process of seeking Commission approval of the proposed settlement. Barring any unforeseen circumstances, the SEC staff expects to obtain a decision from the Commission in advance of the February 28, 2025, deadline for filing a motion for approval of settlement as set by the Court. (Dkt. 243.)

3. Barring any unforeseen circumstances, should the Commission approve the settlement, the Parties anticipate being able to file with the court the motion for approval of settlement, including a consent and proposed final judgment, by the February 28, 2025, deadline.

Dated: January 28, 2025

Respectfully submitted,

/s/ Timothy J. Stockwell
TIMOTHY J. STOCKWELL
JONATHAN S. POLISH
DAVID F. BENSON
JEFFREY A. SHANK
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Telephone: (312) 596-6049
Facsimile: (312) 353-7398
Email: stockwellt@sec.gov

*Attorneys for Plaintiff United States Securities and Exchange Commission*

THE WEINHARDT LAW FIRM

By: /s/ Mark E. Weinhardt
     Mark E. Weinhardt AT0008280
Elisabeth A. Tursi AT0012638
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: mweinhardt@weinhardtlaw.com
etursi@weinhardtlaw.com

/s/ Jeff Kalinowski
Jeff Kalinowski, MO #29926
NORTON ROSE FULBRIGHT US LLP
7676 Forsyth Blvd. Suite 2230
St. Louis, Missouri 63105
Telephone: (314) 505-8800
Email: jeff.kalinowski@nortonrosefulbright.com
*Admitted Pro Hac Vice*

/s/ Laura Perlov
Laura Perlov, CO #43794

NORTON ROSE FULBRIGHT US LLP
1225 Seventeenth Street Suite 3050
Denver, Colorado 80202
Telephone: (303) 801-2700
Email: laura.perlov@nortonrosefulbright.com
*Admitted Pro Hac Vice*

/s/ David Miller
David Miller, CO #51861
NORTON ROSE FULBRIGHT US LLP
1225 Seventeenth Street Suite 3050
Denver, Colorado 80202
Telephone: (303) 801-2700
Email: david.miller@nortonrosefulbright.com
*Admitted Pro Hac Vice*

/s/ Joshua M. Watts
Joshua M. Watts, MO #72539 NORTON ROSE FULBRIGHT US LLP
7676 Forsyth Blvd. Suite 2230 St. Louis, Missouri 63105 Telephone: (314) 505-8800
Email: josh.watts@nortonrosefulbright.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant Cambridge Investment Research Advisors, Inc. and Relief Defendant Cambridge Investment Research, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2025, a true and correct copy of the foregoing was served upon counsel of record through the Court's electronic service system.

/s/ Timothy J. Stockwell<br>
Timothy J. Stockwell